[No. 5758–5–III. Division Three. October 11, 1984.]

FINK FARMS, INC., ET AL, *Respondents,* v. FRICK, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Lincoln County, No. 14732, Willard A. Zellmer, J., entered March 8, 1983. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by McInturff, J., and Hettinger, J. Pro Tem.

[No. 12962–7–I. Division One. October 15, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RUSSELL JAMES BERZEL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–01489–0, Frank J. Eberharter, J., entered March 15, 1983. *Affirmed* by unpublished opinion per Scholfield, J., concurred in by Swanson and Ringold, JJ.

[No. 12840–0–I. Division One. October 15, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. DECEVIGNE KILPATRICK, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–02235–3, Robert W. Winsor, J., entered January 24, 1983. *Affirmed* by unpublished opinion per Callow, J., concurred in by Swanson and Coleman, JJ.